UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-11-427 LKK

    Plaintiff,

  v.                         O R D E R

ANGELA SHAVLOVSKY and
VITALY TUZMAN,

    Defendants.
_____/

    For the reasons set forth in the government's opposition, defendants Shavlovsky and Tuzman's motions for a stay of DNA testing are DENIED.

    IT IS SO ORDERED.

    DATED: October 6, 2011.

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

1