John Balazs, Bar No. 157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118

Attorney for defendant
VITALIY TUZMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VITALIY TUZMAN,<br><br>Defendant. | No.  2:11-CR-0427-LKK<br>No.  2:12-CR-0003-LKK<br><br>**ORDER FOR RELEASE OF PASSPORT AND EXONERATION OF BOND** |

Defendant VITALIY TUZMAN, through counsel John Balazs, hereby applies for an order for return of his passport and exoneration of bond.

In case nos. 2:11-CR-0427-LKK and 2:12-CR-0003, Mr. Tuzman was released on a $75,000 unsecured bond with a condition that he surrender his passport.

On July 23, 2014, the Court granted the government's motion to dismiss all charges against Mr. Tuzman in case no. 2:11-CR-0427-LKK.  On August 22, 2014, the jury returned a not guilty verdict on all charges against Mr. Tuzman in case no. 2:12-CR-0003-LKK.

As a result, Mr. Tuzman now moves for an order exonerating

his bond and for release of his passport.

Dated: August 26, 2014                    /s/ John Balazs
                                          JOHN BALAZS

                                          Counsel for defendant
                                          VITALIY TUZMAN

**ORDER**

IT IS HEREBY ORDERED that defendant Vitaliy Tuzman's bond is exonerated in case nos. 2:11-CR-0427-LKK and 2:12-CR-0003-LKK and that the district court clerk's office return Mr. Tuzman's passport to him, his attorney, John Balazs, or his attorney's representative.

Dated: August 27, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3